THOMAS J. FISHER, Respondent, v. WINFRED COOK et al., Appellants, and IDEAL TOY CORPORATION, Appellant-Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.